## NUEVOLUTION A/S, Peter Birk Rasmussen, Plaintiffs-Appellants

v.

## Henrik PEDERSEN, Chemgene Holding APS, Defendants-Appellees

2015-1284
2015-1285

United States Court of Appeals, Federal Circuit.

July 19, 2017

JONATHAN FREIMAN, Wiggin and Dana LLP, New Haven, CT, argued for plaintiff-appellant Nuevolution A/S. Also represented by DAVID R. ROTH; JAMES BICKS, Stamford, CT.

RICHARD L. BEIZER, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant Peter Birk Rasmussen. Also represented by TIFFANY WYNN.

TURNER PEARCE SMITH, Curtis, Mallet-Prevost, Colt & Mosle LLP, New York, NY, argued for defendants-appellees. Also represented by KEVIN ARTHUR MEEHAN.

(Prost, Chief Judge, Newman and Linn, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**